THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant and Respondent, v. EGBURT E. WOODBURY et al., Constituting the STATE BOARD OF TAX COMMISSIONERS, Respondents and Appellants.

THE CITY OF BUFFALO, Intervening, Respondent and Appellant.

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Woodbury,* 158 App. Div. 894, affirmed.

(Argued November 18, 1913; decided December 3, 1913.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 13, 1913, which modified, and affirmed as modified, a final order of Special Term entered in accordance with the remittitur of the Court of Appeals in a franchise tax proceeding. (See 203 N. Y. 167.)

*Alfred L. Becker* for plaintiff, appellant and respondent.

*Thomas Carmody, Attorney-General, Clark H. Hammond, Corporation Counsel (Herbert A. Hickman* of counsel), for respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.

---

CLOTILDE R. KELLER et al., as Executors of and Trustees under the Will of ADOLPH KELLER, Deceased, Respondents and Appellants, v. HUGO P. KELLER, Individually and as Surviving Partner of the Firm of L. H. KELLER & Co., and as Executor and Trustee under the Will of ADOLPH KELLER, Deceased, Appellant and Respondent.

(Submitted November 25, 1913; decided December 3, 1913.)

Motion to amend remittitur denied, with ten dollars costs. (See 209 N. Y. 552.)